IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| SELENA M. RIDER, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | No. 3:11-cv-196 |
| RMI INTERNATIONAL INC., | ) ) ) | |
| Defendant. | ) | |

### ORDER GRANTING RMI INTERNATIONAL INC.'S MOTION TO DISMISS

This cause came to be heard upon RMI International Inc.'s Motion to Dismiss pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. Upon consideration of the Motion and all of the pleadings in this cause, the Court finds the Motion is well taken and should be granted. The Court ordered the plaintiff to arbitration on August 27, 2012, and the plaintiff has failed to pursue any claims in arbitration. Accordingly, it is hereby ORDERED

that this action is dismissed with prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

ENTERED this 5 day of July, 2013.

_____
U.S. District Court Judge